UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Mag. No. 2:23-mj-38-KFW |
| | ) | |
| JENNIFER SCRUGGS | ) | |

**CRIMINAL COMPLAINT**

I, Dominic Cloutier, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

COUNTS ONE THROUGH TEN

On the following dates, all in the District of Maine, the defendant,

**JENNIFER SCRUGGS**

in connection with the acquisition of firearms listed below, from G3 Firearms, Turner, Maine, J.T. Reids Gunshop, Auburn, Maine or Ballstown Firearms, Whitefield, Maine, all licensed dealers of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made the following false and fictitious written statements to a salesperson from the listed licensed firearms dealers, which statements were intended and likely to deceive the firearm dealers' sales representatives as to a fact material to the lawfulness of such sales of the said firearms to the defendant under chapter 44 of Title 18:

| Count | Date | Federal Firearm Licensee | False Statement | Firearms Purchased |
|---|---|---|---|---|
| COUNT ONE | March 20, 2022 | Ballstown Firearms, Whitefield, Maine | Defendant responded, "Yes" to question 11(a) of the ATF Form 4473, which asked "Are you the actual buyer of the firearm(s) listed on this form? Warning: You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual buyer, | (1) Beretta, Model M93A, 9mm Luger, Serial No. B033014Z<br><br>(2) Smith & Wesson (S&W), Model 469, 9mm, Serial No. TAC0620<br><br>(3) Bernardelli, Model 80, 380 mm, Serial No. 018514 |

| | | | | |
|---|---|---|---|---|
| | | | the dealer cannot transfer the firearm(s) to you." | |
| COUNT TWO | March 28, 2022 | G3 Firearms, Turner, Maine | Defendant responded, "Yes" to question 11(a) of the ATF Form 4473, which asked "Are you the actual buyer of the firearm(s) listed on this form? Warning: You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual buyer, the dealer cannot transfer the firearm(s) to you." | (1) Steyr, Model GB, 9mm, Serial No. P07255<br><br>(2) Jiminez, Model JA9, 9mm, Serial No. 411599<br><br>(3) Jiminez, Model JA9, 9mm, Serial No. 411663<br><br>(4) Jiminez, Model JA9, 9mm, Serial No. 411802<br><br>(5) Kel-Tec, Model P11, 9mm, Serial No. T6368-21AV11405<br><br>(6) SAR, Model SAR9, 9mm, Serial No. T-1102-20HC51125<br><br>(7) S&W, Model Shield 380, 380mm, Serial No. RJR8454<br><br>(8) Girsan, Model MC28, 9mm, Serial No. T6368-21AV11130<br><br>(9) Girsan, Model MC28, 9mm, Model No T6368-21AV10984<br><br>(10) Girsan, Model MC28, 9mm, Serial No. T6368-21AV10987<br><br>(11) Palmetto, Model ARV9, 9mm, Serial No. ARVBO9929 |
| COUNT THREE | March 30, 2022 | G3 Firearms, Turner, Maine | Defendant responded, "Yes" to question 11(a) of the ATF Form 4473, which asked "Are you the actual buyer of the firearm(s) listed on this form? Warning: You are not the actual buyer if you are acquiring the | (1) Palmetto, Model Dagger, 9mm, Serial No. FG036855<br><br>(2) Zastava, Model M70, 38mm, Serial No. 122894 |

| | | | | |
|---|---|---|---|---|
| | | | firearm(s) on behalf of another person. If you are not the actual buyer, the dealer cannot transfer the firearm(s) to you." | (3) Sig Sauer, Model P365, 9mm, Model No. 66B422990<br><br>(4) Ruger, Model Pro-Duty, 9mm, Serial No. 860-38670<br><br>(5) Ruger, Model America, 9mm, Serial No. 860-12464 |
| COUNT FOUR | April 15, 2022 | J.T. Reids Gunshop, Auburn, Maine | Defendant responded, "Yes" to question 11(a) of the ATF Form 4473, which asked "Are you the actual buyer of the firearm(s) listed on this form? Warning: You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual buyer, the dealer cannot transfer the firearm(s) to you." | (1) S&W, Model SD9, 9mm, Serial No. FYZ835<br><br>(2) S&W, Model M&P380, 380mm, Serial No. RJD1213<br><br>(3) S&W, Model BG38, 38mm, Serial No. CVF3483<br><br>(4) S&W, Model M&P9, 9mm, Serial No. REY3277<br><br>(5) SDS Imp., Model 1911A1, 45acp, Serial No. T0620-21Z21806<br><br>(6) SDS Imp., Model 1911A1, 9mm, Serial No. T0620-21K00182<br><br>(7) Rock Island, Model 1911A1, 45acp, Serial No. RIA2444881<br><br>(8) SDS Imp., Model 1911A1, 45acp, Serial No. T0620-22Z03278<br><br>(9) Taurus, Model 856 (Revolver), .38 spl, Serial No. ACN757068<br><br>(10) Charter Arms, Model Lavender Lady, 38 spl, Serial No. 22L29146 |
| COUNT FIVE | April 19, 2022 | G3 Firearms, | Defendant responded, "Yes" to question 11(a) | (1) Grand Power Stribog, Model SP9A1, 9mm, |

|  |  | Turner, Maine | of the ATF Form 4473, which asked "Are you the actual buyer of the firearm(s) listed on this form? Warning: You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual buyer, the dealer cannot transfer the firearm(s) to you." | Serial No. GSA25875 (Recovered); <br><br>(2) Palmetto, Model AHU, 9mm, Serial No. AKV0Z0271 <br><br>(3) Zastava, Model ZPAP, 223mm, Serial No. 285-014536 <br><br>(4) Taurus, Model 856, 38 spl, Serial No. AMMC620551 <br><br>(5) Charter Arms, Model Undercover, 38 spl, Serial No. 21071854 <br><br>(6) Beretta, Model 1943, 380mm, Serial No. 00508 |
|---|---|---|---|---|
| COUNT SIX | May 8, 2022 | J.T. Reids Gunshop, Auburn, Maine | Defendant responded, "Yes" to question 11(a) of the ATF Form 4473, which asked "Are you the actual buyer of the firearm(s) listed on this form? Warning: You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual buyer, the dealer cannot transfer the firearm(s) to you." | (1) SDS Imp., Model Faith, 380 acp, Serial No. T0620-21J02284 <br><br>(2) M&M Ind., Model M10X-P, 7.62x39, Serial No. W05598 <br><br>(3) SDS Imp., Model Faith, 380 acp, Serial No. T0620-21J02315 |
| COUNT SEVEN | May 10, 2022 | J.T. Reids Gunshop, Auburn, Maine | Defendant responded, "Yes" to question 11(a) of the ATF Form 4473, which asked "Are you the actual buyer of the firearm(s) listed on this form? Warning: You are not the actual buyer if you are acquiring the firearm(s) on behalf of | (1) Tristox/Metro, Model AC1911, 38sup, Serial No. A21-13546 <br><br>(2) Browning, Model 1911-380, 380acp, Serial No. 51-HY2110101 (Recovered) |

| | | | | |
|---|---|---|---|---|
| | | | another person. If you are not the actual buyer, the dealer cannot transfer the firearm(s) to you." | |
| COUNT EIGHT | May 11, 2022 | G3 Firearms, Turner, Maine | Defendant responded, "Yes" to question 11(a) of the ATF Form 4473, which asked "Are you the actual buyer of the firearm(s) listed on this form? Warning: You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual buyer, the dealer cannot transfer the firearm(s) to you." | (1) Century pistol, Model Draco, 7.62x39, Serial No. ROA21DG1752<br><br>(2) Grand Power Stribog, Model SA9A1, 9mm, Serial No. GSA25759<br><br>(3) Grand Power Stribog, Model SA9A1, 9mm, Serial No. GSA25518<br><br>(4) Palmetto, Model PSAK47P, 7.62x39, Serial No. P7012545 |
| COUNT NINE | June 14, 2022 | G3 Firearms, Turner, Maine | Defendant responded, "Yes" to question 11(a) of the ATF Form 4473, which asked "Are you the actual buyer of the firearm(s) listed on this form? Warning: You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual buyer, the dealer cannot transfer the firearm(s) to you." | (1) Kel-Tec, Model P50, 5.7x28, Serial No. AAF428<br><br>(2) Ruger, Model PC Charger, 9mm, Serial No. 913-60944<br><br>(3) CZ/USA, Model Scorpion, 9mm, Serial No. G076417<br><br>(4) Glock, Model 43X, 9mm, Serial No. BXCC703<br><br>(5) Glock, Model 43X, 9mm, Serial No. BNES856<br><br>(6) Glock, Model 43X, 9mm, Serial No. AGPG024 |

| | | | | |
|---|---|---|---|---|
| | | | | (7) HondR, Model 1871, 12g, Serial No. NZ515617 |
| | | | | (8) CZ /USA, Model Scorpion, 9mm, Serial No. G047866 |
| COUNT TEN | June 17, 2022 | G3 Firearms, Turner, Maine | Defendant responded, "Yes" to question 11(a) of the ATF Form 4473, which asked "Are you the actual buyer of the firearm(s) listed on this form? Warning: You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual buyer, the dealer cannot transfer the firearm(s) to you." | (1) CZ/USA, Model Scorpion, 9mm, Serial No. G105371 (2) Glock, Model 17, 9mm, Serial No. BWFG892 (3) Glock, Model 19, 9mm, Serial No. BVTP766 (Recovered) |

when in fact on all dates listed in Counts One through Ten, the defendant was purchasing all firearms listed in Counts One through Ten on behalf of another person, all in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

ATF Task Force Officer Dominic Cloutier

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedures

Date: Feb 27 2023

City and state: Portland, Maine

Karen Frink Wolf, U.S. Magistrate Judge
Printed name and title