# UNITED STATES DISTRICT COURT
for the
District of Maine

| | |
|---|---|
| United States of America<br>v.<br>**JENNIFER SCRUGGS**<br>*Defendant* | ) ) ) ) ) ) Case No. 2:23-MJ-38-KFW |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Jennifer Scruggs,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

False statements during acquisition of firearms from licensed firearm dealers. 18 U.S.C. § 922(a)(6).

Date and time issued: 2:32 pm, Feb 27 2023

City and state: Portland, Maine

*Judge's Signature*

Karen Frink Wolf, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____
_____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____  Weight: _____

Sex: _____  Race: _____

Hair: _____  Eyes: _____

Scars, tattoos, other distinguishing marks: _____
_____

History of violence, weapons, drug use: _____
_____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____
_____

FBI number: _____

Complete description of auto: _____
_____

Investigative agency and address: _____
_____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:
_____
_____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____
_____
_____

[Print]   [Save As...]                                                                                 [Reset]